IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LEROY McDANIEL, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.: CV505-026 |
| DR. FERREL, | : |
| Defendant. | : |

## ORDER

Plaintiff filed a "Motion of Discovery" asking the Court for an order directing Defendant to furnish him for examination and/or copying various documents. It does not appear that Plaintiff served a copy of his motion upon counsel for Defendant as required. This pleading is more appropriately directed to counsel for Defendant and not filed with the Court. See Order dated September 14, 2005. Plaintiff's motion is **dismissed**.

SO ORDERED, this 5th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)