FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 27 PM 1:08

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

LEROY McDANIEL,

    Plaintiff,

vs.                              CIVIL ACTION NO.: CV505-026

DR. FERREL,

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff does not address the Magistrate Judge's recommendation that his Complaint be dismissed due to his failure to exhaust his administrative remedies. Instead, Plaintiff asserts that Defendant Ferrel was deliberately indifferent to his serious medical needs.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendant Ferrel's Motion for Summary Judgment (Doc. No. 28) is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his administrative remedies prior to

AO 72A
(Rev. 8/82)

filing his Complaint. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 27th day of October, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)